UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE KRIEGER,<br><br>    Plaintiff,<br><br>    v.<br><br>C R BARD INCORPORATED, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00445-DAD-BAM<br><br>**ORDER DENYING KRISTI WOOD'S PRO HAC VICE APPLICATION WITHOUT PREJUDICE**<br><br>(Doc. No. 25) |

   The Court has received and reviewed the Pro Hac Vice Application filed by Kristi Wood. (Doc. No. 25.) Ms. Wood's application states that she represents Luz Licea, but there is no such party to this case, and the caption and case number provided on the application likewise pertain to related case *Luz Licea v. C R Bard Incorporated, et al.,* Case No. 2:20-cv-00644-DAD-BAM. Ms. Wood also has not attached a certificate of good standing from the court in her state of primary practice to her application. *See* Local Rule 180(b)(2). Additionally, in response to an instruction to list all cases in which the applicant has applied for pro hac vice status concurrently or within the preceding year, Ms. Wood indicates that she has not made any such applications. However, according to the Court's records, Ms. Wood has filed at least one concurrent application for admission pro hac vice in related case *Luz Licea v. C R Bard Incorporated, et al.,* Case No. 2:20-cv-00644-DAD-BAM, which is not identified in her application for admission pro hac vice in this case. It is further unclear whether Ms. Wood as paid the applicable filing fee, as the receipt number provided in connection with her application in this case is duplicative of the receipt number Ms. Wood provided in connection with her application in related case *Luz Licea v. C R Bard Incorporated, et al.,* Case No. 2:20-cv-00644-

DAD-BAM.

Accordingly, IT IS HEREBY ORDERED that Ms. Wood's Pro Hac Vice Application is DENIED without prejudice. The Clerk of Court is directed to serve a copy of this order on Kristi Wood at Martin Baughman, 3141 Hood Street, Suite 600, Dallas, TX 75219.

IT IS SO ORDERED.

Dated: **July 22, 2020**         /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE